# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　*Plaintiff*,<br>v.<br><br>SCOTT NAGO, in his official capacity as Chief Elections Officer for the State of Hawaii,<br><br>　　*Defendant*. | Case No. 1:25-cv-00522-LEK-RT<br><br>**DECLARATION OF RICK CALLENDER IN SUPPORT OF NAACP CALIFORNIA-HAWAII STATE CONFERENCE'S MOTION TO INTERVENE AS DEFENDANT** |

1

I, Rick Callender, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am President of the National Association for the Advancement of Colored People California Hawaii State Conference ("NAACP-CA/HI"), and I have served in that position since December 1, 2020. As President of NAACP-CA/HI, I am responsible for overseeing all of the branches, college chapters, and youth councils within California and Hawaii. My role includes encouraging and assisting in the development of each branch's programs. I have been involved in NAACP-CA/HI for more than four decades. Prior to becoming conference President, I served as President of the San Jose-Silicon Valley NAACP branch.

3. The NAACP was founded in 1909 by pioneers of racial justice in the United States and is the nation's oldest organization dedicated to the advancement of civil rights in the United States. The NAACP's core mission has long been to achieve equity, political rights, and social inclusion by advancing policies and practices that expand human and civil rights, eliminate discrimination, and accelerate the well-being, education, and economic security of Black people and all persons of color. The NAACP is a non-partisan organization with a formal membership of more than 200,000 members nationwide.

4. NAACP-CA/HI was initially founded in 1914 in Los Angeles. Today, NAACP-CA/HI has members and constituents across all of California and Hawaii. The mission of NAACP-CA/HI is to ensure political, educational, social, and economic equality for Black and minority communities in California and Hawaii. In furtherance of that mission, NAACP-CA/HI works to remove all barriers of racial discrimination through democratic processes, to educate voters on their constitutional rights, and to take all lawful action to promote the exercise of those rights. NAACP-CA/HI pursues this mission by, among other things, engaging in voter mobilization and registration.

5. NAACP-CA/HI is a non-partisan organization that maintains a branch in Hawaii. We have over 100 dues-paying members in Hawaii.

6. As President of NAACP-CA/HI, I oversee the work of the conference throughout California and Hawaii. I am familiar with the various challenges that our members and constituents face, including challenges related to voting rights, civil rights, and individual privacy.

7. The NAACP, including NAACP-CA/HI, has a long history of members and constituents facing legal retaliation for their advocacy around civil rights and voting rights. Accordingly, the NAACP has a proud tradition of fighting for and protecting its members, constituents, and the Black community at large from legal retaliation. The NAACP maintains this longstanding tradition of protecting members

3

and supporters from the unlawful disclosure of their personal information in response to government overreach and unlawful invasions of privacy.

8. Among its many initiatives, NAACP-CA/HI focuses on ensuring its members and constituents are able to participate in the electoral system. This starts with ensuring that these individuals are registered to vote, and it continues through encouraging and assisting them with learning about policy issues and successfully casting a ballot. We stress to them the fundamental importance of exercising their right to vote. We also partner with organizations supporting previously incarcerated citizens, focusing on the restoration of their voting rights. This builds trust for our members and constituents in the election process, from registering to vote to casting a ballot. The NAACP CA/HI State Conference local branches actively and regularly engage in voter registration efforts, emphasizing the critical importance of voting. We remind registrants that safeguarding our rights, including our privacy rights, is essential to preventing the resurgence of oppressive practices like Jim Crow laws. Exercising the right to vote without fear or trepidation is an important part of our messaging.

9. I understand that the Department of Justice has recently sued Hawaii Chief Elections Officer Scott Nago in order to obtain complete, unredacted voter registration data of all voters in the state, including their driver's license numbers, dates of birth, and partial social security numbers. If the Department of Justice is

successful in obtaining this information, it will harm NAACP-CA/HI's mission by risking the sensitive data of our members and constituents. This will deter our members from engaging in the political process for fear of the federal government mishandling or weaponizing such data.

10. I am further concerned because the current administration has targeted people with whom it disagrees, and whose voices it thinks should be silenced, by using any and all information and resources within its possession against such people. This includes using information held by federal agencies against political opponents, like the recent disclosure of a New Jersey gubernatorial candidate's military records. Similarly, many of our community members are aware of, and disturbed by, efforts by the so-called Department of Government Efficiency ("DOGE") to obtain social security data of all Americans, despite questionable data management policies by that agency. And many of our members and leaders have publicly opposed and criticized the policies of the current President and his administration, putting an additional target on their back. The current administration has not held back from using all tools at its disposal, including the DOJ, to accomplish its political goals, including targeting individual citizens.

11. Unfortunately, the NAACP and its members have been singled out and targeted many times in the past by those who disagree with our mission. Our leaders and members, for example, have been targeted with unjust espionage and

5

investigation because of their advocacy efforts. We have successfully defended against these efforts to invade our privacy because we know the harm that might befall our members. Additionally, some of our members are immigrants and first-generation citizens, and these communities have been the subject of repeated and ongoing scrutiny and haphazard legal action by the current federal administration. Against this backdrop, the prospect of disclosures of mass amounts of sensitive voter data to the Department of Justice is especially concerning for NAACP-CA/HI, our members, and our constituents, who fear retribution by the current administration.

12. Thus, I worry that disclosure of Hawaii's voter rolls will deter qualified voters in our communities from participating in the political process. That is particularly so because the Department of Justice's efforts appear to be driven by a desire to spread unsupported allegations of voter fraud and to punish people who oppose the President's agenda. The federal government's demand for Hawaii's complete voter registration list is likely to sow distrust of the electoral system, further frustrating our mission, which requires convincing community members to engage in the political process and make their voices heard at the ballot box. These concerns are especially notable for voters who are skeptical of the electoral system and worried about improper government scrutiny, including younger voters, naturalized and first-generation citizen voters, and voters who were formerly incarcerated. If the Department of Justice obtains what it demands, then NAACP-

CA/HI will be forced to expend its limited resources to rebuild trust among these communities.

13. In addition to my concerns about the Department of Justice misusing personal voter data, I am also concerned about whether it will properly maintain and protect such data. The actions that the Department of Justice has taken to compel the production of sensitive personal information of Hawaii voters, as well as voters in California and across the country, do not give me confidence that the Department will respect federal or state privacy laws or be a reliable custodian of the personal information of the members and communities that NAACP-CA/HI works with. As explained, many of our members are disturbed by reports that the federal government failed to safeguard sensitive Social Security information. As a result, I am extremely concerned about the improper disclosure of the personal information of community members that NAACP-CA/HI works with and seeks to enfranchise. I also fear that the risk of such improper disclosure further discourages the community members we serve from registering to vote or engaging in other political activities.

14. The threat that voters' personal information may be provided to the federal government will frustrate the work of NAACP-CA/HI. The centerpiece of our conference's civic engagement work is to encourage all voters to be informed and to exercise their rights as American citizens by participating in the electoral process. That work could become significantly more difficult if our members and

constituents believe they could be punished, scrutinized, or investigated simply for registering to vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 12/17/2025

*Rick Callender*
_____
Rick L. Callender
President, NAACP CA/HI