# Exhibit C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff*,<br>v.<br><br>SCOTT NAGO, in his official capacity as Chief Elections Officer for the State of Hawaii,<br><br>      *Defendant*. | Case No. 1:25-cv-00522-LEK-RT<br><br>**[PROPOSED] ORDER GRANTING NAACP CALIFORNIA-HAWAII STATE CONFERENCE'S MOTION TO INTERVENE AS DEFENDANT** |

On December 17, 2025, Proposed Intervenor NAACP California-Hawaii State Conference moved to intervene. The Court, having considered the papers submitted in connection with said motion, and such other relevant information and evidence as was presented to this Court, and good cause appearing, HEREBY ORDERS that: (1) Proposed Intervenor's Motion to Intervene is GRANTED; and (2) Proposed Intervenor be entered as Intervenor–Defendant.

IT IS SO ORDERED on this _____ day of _____, 2025.

_____
Hon. Hon. Leslie E. Kobayashi
United States District Court Judge

i