# MINUTE ORDER

CASE NUMBER: 1:25-cv-00522-LEK-RT

CASE NAME: United States of America v. Scott Nago

JUDGE: Leslie E. Kobayashi          DATE: 12/18/2025

COURT ACTION: EO: ORDER SETTING BRIEFING SCHEDULE.

On 12/17/2025 proposed Intervenor Defendant, NAACP California-Hawaii State Conference filed [7] Motion to Intervene.

Court sets the following hearing and briefing schedule:

Opposition memoranda due: **12/31/2025**
Optional reply memorandum due: **1/8/2026**

Motion hearing is set for **1/22/2026 at 11:30 AM** before the Honorable Judge Leslie E. Kobayashi.

Parties should consult the court's digital calendar on the hearing date for the courtroom assignment.

    IT IS SO ORDERED.

Submitted by: Carla Cortez, Courtroom Manager