HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division

U.S. Department of Justice
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Brittany.Bennett@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT NAGO, in his Official Capacity as Chief Officer of Elections for the State of Hawaii,<br><br>Defendant. | CASE NO: 1:25-cv-00522-LEK-RT<br><br>NOTICE OF NO POSITION ON NAACP CALIFORNIA-HAWAII STATE CONFERENCES' MOTION TO INTERVENE |

## NOTICE OF NO POSITION ON NAACP CALIFORNIA-HAWAII STATE CONFERENCES' MOTION TO INTERVENE

On December 17, 2025, NAACP California-Hawaii State Conferences ("Proposed

1

Intervenor") filed their Motion to Intervene, Doc. 7.

The United States notifies the Court that it takes no position on the Proposed Intervenor's Motion to Intervene.

DATED: December 29, 2025

                                              /s/ *Brittany E. Bennett*
                                              Brittany E. Bennett
                                              Trial Attorney, Voting Section
                                              Civil Rights Division
                                              U.S. Department of Justice
                                              4 Constitution Square
                                              150 M Street NE, Room 8.141
                                              Washington, D.C. 20002
                                              Telephone: (202) 704-5430
                                              Email: brittany.bennett@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on December 29, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                              /s/ *Brittany E. Bennett*
                                              Brittany E. Bennett
                                              Trial Attorney, Voting Section
                                              Civil Rights Division
                                              U.S. Department of Justice
                                              4 Constitution Square
                                              150 M Street NE, Room 8.141
                                              Washington, D.C. 20002
                                              Telephone: (202) 704-5430
                                              Email: brittany.bennett@usdoj.gov