HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff*<br><br>v.<br>SCOTT NAGO, in his Official Capacity as Chief Elections Officer for the State of Hawaii<br><br>*Defendant* | Civil Action No. 1:25-CV-522 LEK-RT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SCOTT NAGO
Chief Elections Officer of the State of Hawaii
802 Lehua Avenue
Pearl City, Hawaii 96782

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: BRITTANY BENNETT
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: December 30, 2025

/s/ Lucy H. Carrillo, Clerk by EA, Deputy Clerk

*Signature of Clerk or Deputy Clerk*