**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:25-CV-522 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Anne E. Lopez, in her official capacity of Attorney General of Hawaii | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hon. Anne E. Lopez, Hawaii Attorney General
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
425 Queen Street, Honolulu, Hawaii 96813

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Brittany Bennett
Civil Rights Division, Voting Section
4 Constitution Square
150 M Street NE, Rm. 8-141, Washington, D.C. 20002

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Brittany Bennett*
TELEPHONE NUMBER: (202) 307-2767
DATE: 12/12/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No.: HI
District to Serve No.: HI
Signature of Authorized USMS Deputy or Clerk: *Nelson Osma*
Date: 1/6/26

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
Deputy Attorney General David Matsumiya
Date: 1/15/26    Time: 1:15 ☐ am ☒ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy: *Nelson Osma*

Costs shown on *attached USMS Cost Sheet* >>

REMARKS
Gave process to Deputy Attorney General David Matsumiya to deliver to Deputy Attorney General Anne E. Lopez.

Form USM-285
Rev. 03/21