# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | 1:25-cv-00522-LEK-RT |
| CASE NAME: | United States of America v. Nago |
| JUDGE: Leslie E. Kobayashi | DATE: 1/20/2026 |

COURT ACTION:  EO: ORDER REGARDING MOTION OF COMMON CAUSE, NEIL ABERCROMBIE, AND KATHERINE HAMMES TO INTERVENE AS DEFENDANTS

     On January 14, 2026, Common Cause, Neil Abercrombie, and Katherine Hammes filed a motion to intervene as defendants in this case ("Proposed Intervenors" and "Motion"). [Dkt. no. 24.] Counsel for the Proposed Intervenors and counsel for all parties that have entered an appearance in this case are DIRECTED to meet and confer regarding whether any party intends to oppose the Motion. If the Motion will be unopposed, the parties shall prepare a stipulation allowing the Proposed Intervenors to intervene as defendants in this case. The stipulation shall be submitted to this Court for approval by **February 3, 2026.**

     If any party in this case intends to oppose the Motion, that party shall file a one-page notice stating its intent. The notice shall be filed by **February 3, 2026.** This Court will thereafter set a briefing schedule and a hearing date for the Motion.

     IT IS SO ORDERED.

Submitted by: Carla Cortez, Courtroom Manager