HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting
Civil Rights Division

BRITTANY E. BENNETT
CHRISTOPHER J. GARDNER
Trial Attorneys, Voting Section
Civil Rights Division

U.S. Department of Justice
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Brittany.Bennett@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT NAGO, in his Official Capacity as Chief Officer of Elections for the State of Hawaii,<br><br>Defendant. | CASE NO: 1:25-cv-00522-LEK-RT<br><br>UNOPPOSED MOTION TO EXTEND RULE 16 SCHEDULING CONFERENCE |
|---|---|

# UNOPPOSED MOTION TO EXTEND RULE 16 SCHEDULING CONFERENCE

The United States of America moves to extend the Rule 16 scheduling conference, currently scheduled for February 9, 2026, to a date subsequent to the adjudication of Defendant's anticipated Motion to Dismiss and/or Motion to Stay.

Defendants and Intervenors have stated that they do not oppose this motion.

DATED: February 2, 2026

                                                Respectfully Submitted,

                                                /s/ *Brittany E. Bennett*
                                                Brittany E. Bennett
                                                Christopher J. Gardner
                                                Trial Attorneys, Voting Section
                                                Civil Rights Division
                                                U.S. Department of Justice
                                                4 Constitution Square
                                                150 M Street NE, Room 8.141
                                                Washington, D.C. 20002
                                                Telephone: (202) 704-5430
                                                Email: brittany.bennett@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on February 2, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                                   /s/ *Brittany E. Bennett*
                                                   Brittany E. Bennett
                                                   Trial Attorney, Voting Section
                                                   Civil Rights Division
                                                   U.S. Department of Justice
                                                   4 Constitution Square
                                                   150 M Street NE, Room 8.141
                                                   Washington, D.C. 20002
                                                   Telephone: (202) 704-5430
                                                   Email: brittany.bennett@usdoj.gov