| | |
|---|---|
| ANNE E. LOPEZ  7609<br>Attorney General of Hawaiʻi | AARON H. SCHULANER  6954<br>General Counsel<br>Office of Elections,<br>  State of Hawaiʻi<br>802 Lehua Avenue<br>Pearl City, Hawaiʻi 96782<br>Tel: (808) 586-1255<br>Email: aaron.h.schulaner@hawaii.gov |
| KALIKOʻONĀLANI  9964<br>D. FERNANDES<br>Solicitor General<br>THOMAS J. HUGHES  11059<br>ANDREW Z.M. TEOH  12098<br>Deputy Solicitors General<br>Department of the Attorney General,<br>  State of Hawaiʻi<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813<br>Tel: (808) 586-1360<br>Email: kaliko.d.fernandes@hawaii.gov<br>       thomas.j.hughes@hawaii.gov<br>       andrew.zm.teoh@hawaii.gov | |

Attorneys for Defendant
SCOTT NAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>SCOTT NAGO, in his Official Capacity as Chief Elections Officer for the State of Hawaiʻi,<br><br>             Defendant. | No. 1:25-cv-00522-LEK-RT<br><br>**DEFENDANT'S MOTION TO STAY; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Leslie E. Kobayashi |

## DEFENDANT'S MOTION TO STAY

Defendant Scott Nago moves to stay this action pending the Ninth Circuit's disposition of the expected appeals from *United States v. Weber*, No. 2:25-cv-09149-DOC-ADS (C.D. Cal.) and *United States v. Oregon*, No. 6:25-cv-01666-MTK (D. Or.). Because this motion requests a stay of the entire action, Defendant further requests, pursuant to FRCP Rule 6(b)(1)(A), that the Court extend the date by which Defendant must file and serve a responsive pleading while this motion is pending. If this motion is denied, Defendant requests that the response deadline be extended to 14 days after the denial; if this motion is granted, Defendant requests that it be extended to 14 days after the stay is lifted.

Consistent with Local Rule 7.8, counsel for Defendant discussed this motion with counsel for the United States over email between Friday, January 23, and Friday, January 30, 2026. Counsel for the United States indicated that the United States opposes this motion.

      Defendant's counsel also contacted counsel for Intervenor-Defendant NAACP California-Hawaii State Conference and counsel for Proposed Intervenor-Defendants Common Cause, Neil Abercrombie, and Katherine Hammes. Counsel for those parties indicated that their clients do not oppose this motion.

      DATED: Honolulu, Hawaiʻi, February 2, 2026.

      /s/ *Thomas J. Hughes*
KALIKOʻONĀLANI D. FERNANDES
THOMAS J. HUGHES
ANDREW Z.M. TEOH
AARON H. SCHULANER

Attorneys for Defendant
SCOTT NAGO