**ACLU of Hawai'i Foundation**
EMILY M. HILLS 11208
JONGWOOK "WOOKIE" KIM 11020
P.O. Box 3410
Honolulu, HI 96801
T: (808) 522-5905
F: (808) 522-5909
wkim@acluhawaii.org

**American Civil Liberties Union Foundation**
THERESA J. LEE*
ETHAN HERENSTEIN*
WILLIAM HUGHES*
SOPHIA LIN LAKIN*
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2500
F: (332) 234-9285
tlee@aclu.org
eherenstein@aclu.org
whughes@aclu.org
slakin@aclu.org

*Admitted pro hac vice*

*Counsel for Proposed Intervenor-Defendants Common Cause, Neil Abercrombie, and Katherine Hammes*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br>v.<br><br>SCOTT NAGO, in his official capacity as Chief Elections Officer for the State of Hawaii,<br><br>   *Defendant*. | No. 1:25-cv-00522-LEK-RT<br><br>**STIPULATION REGARDING MOTION TO INTERVENE OF COMMON CAUSE, NEIL ABERCROMBIE AND KATHERINE HAMMES**<br><br><u>Date/Time of Hearing</u>: Unknown<br><u>District Judge</u>: Hon. Leslie E. Kobayashi<br><u>Trial Date</u>: None<br><u>Related</u>: ECF No. 24, 31 |

## STIPULATION REGARDING MOTION TO INTERVENE OF COMMON CAUSE, NEIL ABERCROMBIE AND KATHERINE HAMMES

Plaintiff the United States, Defendant Nago, Intervenor-Defendant NAACP California-Hawaii State Conference Intervenors ("NAACP-CA/HI"), and Proposed Intervenors Common Cause, Neil Abercrombie, and Katherine Hammes, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. WHEREAS, Proposed Intervenors have filed a Motion to Intervene pursuant to Federal Rule of Civil Procedure 24. *See* Dkt. No. 24.

2. WHEREAS, on January 20, 2026, the Court ordered the parties to meet and confer about Proposed Intervenors' Motion, and "[i]f the Motion will be unopposed, the parties shall prepare a stipulation allowing the Proposed Intervenors to intervene as defendants in this case."

3. WHEREAS, Proposed Intervenors conferred with Plaintiff, Defendant, and NAACP-CA/HI.

4. WHEREAS, the United States takes no position on the Motion to Intervene.

5. WHEREAS, Defendant Nago consents to the intervention of Proposed Intervenors in this action.

6. WHEREAS, Intervenor NAACP-CA/HI takes no position on the Motion to Intervene.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that as no party objects to the

Motion to Intervene, the Motion to Intervene of Common Cause, David Abercrombie, and Katherine Hammes shall be granted.

DATED: Honolulu, Hawaiʻi. February 3, 2026.

ACLU and ACLU OF HAWAI'I FOUNDATIONS

By: /s/ Emily M. Hills
EMILY M. HILLS 11208
JONGWOOK "WOOKIE" KIM 11020

THERESA J. LEE*
ETHAN HERENSTEIN*
WILLIAM HUGHES*
SOPHIA LIN LAKIN*

*Admitted Pro Hac Vice*

*Attorneys for Proposed Intervenor-Defendants Common Cause, Neil Abercrombie, and Katherine Hammes*

DATED: Washington, D.C. February 3, 2026.

U.S. DEPARTMENT OF JUSTICE

By: /s/ Brittany E. Bennett
HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC NEFF
Acting Chief, Voting Rights Division

BRITTANY E. BENNETT
CHRISTOPHER GARDNER
Trial Attorney, Voting Section
Civil Rights Division

*Attorneys for Plaintiff the United States of America*

DATED: Honolulu, Hawaiʻi. February 3, 2026.

   DEPARTMENT OF ATTORNEY GENERAL and OFFICE OF ELECTIONS, STATE OF HAWAIʻI

   By: /s/ Thomas J. Hughes
    THOMAS J. HUGHES
    ANDREW Z.M. TEOH
    Deputy Solicitors General

    KALIKOʻONĀLANI D. FERNANDES
    Solicitor General of Hawaiʻi

    ANNE E. LOPEZ
    Attorney General of Hawaiʻi

    AARON H. SCHULANER
    Hawaiʻi Office of Elections

*Attorneys for Defendant, Scott Nago, in his official capacity as Chief Elections Officer for the State of Hawaiʻi*

DATED: Washington, D.C. February 3, 2026.

   ELIAS LAW GROUP LLP and MEHEULA LAW

   By: /s/ Jacob D. Shelly
    JACOB D. SHELLY*
    ABHA KHANNA*
    QIZHOU GE*

    WILLIAM MEHEULA 2277

    *\* Admitted Pro Hac Vice*

*Attorneys for Intervenor-Defendant NAACP California-Hawaii State Conference*

4

APPROVED AND SO ORDERED on this _____ day of _____, 2026:

_____
ABOVE-ENTITLED COURT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
*United States v. Nago*, No. 1:25-cv-00522-LEK-RT; Stipulation Regarding Motion to Intervene of Common Cause, Neil Abercrombie and Katherine Hammes