# MINUTE ORDER

CASE NUMBER: 1:25-cv-00522-LEK-RT

CASE NAME: United States of America v. Nago

JUDGE: Leslie E. Kobayashi   DATE: 2/20/2026

COURT ACTION:   EO: ORDER SETTING BRIEFING SCHEDULE

On February 18, 2026, Intervenor Defendant NAACP California-Hawaii State and Defendant Scott Nago ("Defendants") filed Motions to Dismiss [Dkt Nos. 52 and 53].

Court sets the following hearing and briefing schedule:

Opposition memoranda due: **3/6/2026.**
Optional reply memoranda due: **3/20/2026**.

Motions hearing is set for **4/3/2026 at 11:00 AM** before the Honorable Judge Leslie E. Kobayashi.

Parties should consult the court's digital calendar on the hearing date for the courtroom assignment.

IT IS SO ORDERED.


Submitted by: Carla Cortez, Courtroom Manager