IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT NAGO, in his official capacity as Chief Elections Officer for the State of Hawai‘i,<br><br>　　　　　Defendant. | Civil No. 25-00522 LEK-RT<br><br>**ORDER GRANTING DEMOCRATIC NATIONAL COMMITTEE'S MOTION FOR LEAVE TO FILE AN AMICUS BRIEF** |

**ORDER GRANTING DEMOCRATIC NATIONAL COMMITTEE'S MOTION FOR LEAVE TO FILE AN AMICUS BRIEF**

On February 19, 2026, the Democratic National Committee ("DNC") filed a Motion for Leave to Submit an Amicus Brief.  After considering the Motion, the attached amicus brief, and the applicable law, and noting that the parties take no position, the Court HEREBY GRANTS the Motion.  The Court authorizes the DNC to file its amicus brief in the form attached as Exhibit 1, by March 2, 2026.

　　　　IT IS SO ORDERED.

　　　　DATED:　　Honolulu, Hawai‘i, February 26, 2026.



　　　　　　　　　　　　　　　　Rom A. Trader
　　　　　　　　　　　　　　　　United States Magistrate Judge