IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　*Plaintiff*,<br><br>　　　　v.<br><br>SCOTT NAGO, in his Official Capacity as Chief Election Officer of the State of Hawaiʻi,<br>　　　　　*Defendant*. | Civil No. 1:25-cv-00522-LEK-RT<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF BY SEVENTEEN STATES AND THE DISTRICT OF COLUMBIA** |

### ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMICUS BRIEF BY SEVENTEEN STATES AND THE DISTRICT OF COLUMBIA

On February 25, 2026, Seventeen States and the District of Columbia (the "Amici States") filed a Motion for Leave to Submit an Amicus Brief. After considering the Motion, the attached amicus brief, and the applicable law, and noting that Defendant consents to the Motion and that the other parties take no position on the Motion, the Court HEREBY GRANTS the Motion. The Court authorizes the Amici States to file their amicus brief on the docket in the form attached as Exhibit 1, by March 2, 2026.

　　IT IS SO ORDERED.

　　DATED: Honolulu, Hawaiʻi, February 26, 2026.



　　　　　　　　　　　　　　　Rom A. Trader
　　　　　　　　　　　　　　　United States Magistrate Judge