**COX FRICKE LLP**
A LIMITED LIABILITY LAW PARTNERSHIP LLP
RANDALL C. WHATTOFF     9487-0
   rwhattoff@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawaiʻi 96813
Telephone: (808) 585-9440
Facsimile:  (808) 275-3276

**O'MELVENY & MYERS LLP**
NOAH B. BOKAT-LINDELL (*Pro Hac Vice* forthcoming)
   nbokat-lindell@omm.com
1625 Eye St. NW
Washington, DC 20006
(202) 383-5300

Attorneys for Amici Curiae
FORMER EMPLOYEES OF THE U.S. DEPARTMENT OF JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>SCOTT NAGO, in his Official Capacity as Chief Election Officer for the State of Hawaii,<br><br>              Defendant. | CIVIL NO.: 1:25-cv-00522-LEK-RT<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FORMER EMPLOYEES OF THE U.S. DEPARTMENT OF JUSTICE** |

# ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FORMER EMPLOYEES OF THE U.S. DEPARTMENT OF JUSTICE

On February 25, 2026, the Former Employees of the U.S. Department of Justice ("Former Employees") filed an Unopposed Motion for Leave to File Brief of *Amici Curiae* Former Employees of the U.S. Department of Justice ("Motion"). After considering the Motion, the attached amicus brief, and the applicable law, and noting that Defendant consents to the Motion and Plaintiff and Intervenors take no position, the Court HEREBY GRANTS the Motion. The Court authorizes Former Employees to file their amicus brief in the form attached as Exhibit 1 to the Motion, by March 2, 2026.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, February 26, 2026.

Rom A. Trader
United States Magistrate Judge