HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division


CHRISTOPHER J. GARDNER
BRITTANY E. BENNETT
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
150 M St N.E.
Washington, D.C. 20530
Telephone: (202) 812-2631
Email: Christopher.Gardner@usdoj.gov
Email: Brittany.Bennett@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTT NAGO, in his Official Capacity as Chief Elections Officer of the State of Hawaii | CASE NO. 1:25-CV-00522<br><br>NOTICE OF NO OPPOSITION |

**NOTICE OF NO OPPOSITION**

The United States does not oppose the Motion for Leave to File Brief of Amicus Curiae (Doc. 70).

Dated: March 3, 2026

Respectfully submitted,

HARMEET DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ *Christopher J. Gardner*
CHRISTOPHER J. GARDNER
BRITTANY E. BENNETT
Trial Attorneys, Voting Section
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 812-2631
E-mail: Christopher.Gardner@usdoj.gov
E-mail: Brittany.Bennett@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Christopher J. Gardner*
CHRISTOPHER J. GARDNER
BRITTANY E. BENNETT
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
