| | |
|---|---|
| ANNE E. LOPEZ  7609<br>Attorney General of Hawaiʻi | AARON H. SCHULANER  6954<br>General Counsel<br>Office of Elections,<br>  State of Hawaiʻi |
| KALIKOʻONĀLANI  9964<br>D. FERNANDES<br>Solicitor General | 802 Lehua Avenue<br>Pearl City, Hawaiʻi 96782 |
| THOMAS J. HUGHES  11059<br>ANDREW Z.M. TEOH  12098<br>Deputy Solicitors General | Tel: (808) 586-1255<br>Email: aaron.h.schulaner@hawaii.gov |

Department of the Attorney General,
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
Email: kaliko.d.fernandes@hawaii.gov
       thomas.j.hughes@hawaii.gov
       andrew.zm.teoh@hawaii.gov

Attorneys for Defendant
SCOTT NAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>SCOTT NAGO, in his Official Capacity as Chief Election Officer for the State of Hawaiʻi,<br><br>           Defendant. | No. 1:25-cv-00522-LEK-RT<br><br>**DEFENDANT'S RENEWED MOTION TO STAY AND FIRST MOTION TO CONTINUE DATE OF MOTIONS HEARING; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF THOMAS J. HUGHES; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Leslie E. Kobayashi |

## DEFENDANT'S RENEWED MOTION TO STAY AND
## FIRST MOTION TO CONTINUE DATE OF MOTIONS HEARING

Defendant Scott Nago moves to stay this action pending the Ninth Circuit's disposition of the appeals from *United States v. Weber*, No. 2:25-cv-09149-DOC-ADS, 2026 WL 118807 (C.D. Cal. Jan. 15, 2026), *appeal docketed*, No. 26-1232 (9th Cir. Mar. 3, 2026), and *United States v. Oregon*, No. 6:25-cv-01666-MTK, 2026 WL 318402 (D. Or. Feb. 5, 2026), *appeal docketed*, No. 26-1231 (9th Cir. Mar. 3, 2026).

In the alternative, or pending the Court's decision on the renewed motion to stay, Defendant requests that the Court continue the motions hearing set for Friday, April 3, 2026 at 11:00 a.m., due to the unavailability of his counsel.

Consistent with Local Rule 7.8, counsel for Defendant discussed this motion with counsel for the United States over email between Thursday, February 26, and Friday, February 27, 2026. Counsel for the United States indicated that it opposes the motion. Defendant's counsel also contacted counsel for Intervenor-Defendant NAACP California-Hawaii State Conference, who indicated that their client takes no position on the motion to stay.

//

//

//

//

DATED: Honolulu, Hawaiʻi, March 5, 2026.

/s/ *Thomas J. Hughes*
KALIKOʻONĀLANI D. FERNANDES
THOMAS J. HUGHES
ANDREW Z.M. TEOH
AARON H. SCHULANER

Attorneys for Defendant
SCOTT NAGO