# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | 1:25-cv-00522-LEK-RT |
| CASE NAME: | United States of America v. Nago |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 3/6/2026 |

COURT ACTION:  EO: ORDER REGARDING DEFENDANT'S RENEWED MOTION TO STAY AND FIRST MOTION TO CONTINUE DATE OF MOTIONS HEARING

On March 5, 2026, Defendant Scott Nago, in his official capacity as Chief Elections Officer for the State of Hawai`i ("Defendant"), filed a Renewed Motion to Stay and First Motion to Continue Date of Motions Hearing ("Second Motion to Stay"). [Dkt. no. 75.] Any opposition to the Second Motion to Stay must be filed by **March 19, 2026,** and Defendant may file an optional reply by **March 26, 2026.**

In light of the pending request to stay the case, the hearing date and briefing schedule for Intervenor-Defendant NAACP California-Hawaii State Conference's ("NAACP CA-HI") Rule 12 Motion, [filed 2/18/26 (dkt. no. 52),] and Defendant's Motion to Dismiss, [filed 2/18/26 (dkt. no. 53)], is VACATED. See Minute Order - EO: Order Setting Briefing Schedule, filed 2/20/26 (dkt. no. 56). If Defendant's request for a stay is denied, a new briefing schedule and hearing date will be issued. If Defendant's request for a stay is granted, a new briefing schedule and hearing date will be issued, if necessary, after the stay is lifted.

IT IS SO ORDERED.


Submitted by: Carla Cortez, Courtroom Manager