# MINUTE ORDER

CASE NUMBER:         1:25-cv-00522-LEK-RT

CASE NAME:         United States of America v. Scott Nago

JUDGE:  Leslie E. Kobayashi        DATE:      4/21/2026

COURT ACTION:   EO: ORDER DEEMING WITHDRAWN PLAINTIFF'S MOTION FOR ORDER TO COMPEL THE PRODUCTION OF RECORDS PURSUANT TO 52 U.S.C. § 20701, *ET SEQ.*

On December 11, 2025, Plaintiff United States of America ("United States") filed a Complaint and a Motion for Order to Compel the Production of Records Pursuant to 52 U.S.C. § 20701, et seq. ("Motion to Compel"). [Dkt. nos. 1, 5.] The Complaint and the Motion to Compel seek the same relief. Compare Complaint at pg. 9, ¶ B, with Motion to Compel at pg. 4, ¶¶ A-B. This Court took no action on the Motion to Compel because, at the time, the United States had not completed service upon Defendant Scott Nago, in his official capacity as Chief Elections Officer for the State of Hawai`i ("Defendant"). See Minute Order - EO: Order Regarding Plaintiff's Motion for Order to Compel the Production of Records Pursuant to 52 U.S.C. § 20701, Et Seq., filed 12/11/25 (dkt. no. 6).

On February 18, 2026, Intervenor-Defendant NAACP California-Hawaii State Conference ("NAACP CA-HI") filed a Rule 12 Motion, and Defendant filed a Motion to Dismiss. [Dkt. nos. 52, 53.] In light of the filing of these motions, this Court further deferred setting a briefing schedule and a hearing on the Motion to Compel.

On April 6, 2026, this case was stayed pending the resolution of two appeals of related cases that are currently pending before the Ninth Circuit Court of Appeals. See Order Granting Defendant's Renewed Motion to Stay, filed 4/6/26 (dkt. no. 81) ("4/6 Order"); see also United States v. Oregon et al., No. 26-1231 (9th Cir.); United States v. Weber et al., No. 26-1232 (9th Cir.). This Court stated that it will address the lifting of the stay after the Ninth Circuit issues decisions in Weber and Oregon. See 4/6 Order at 6.

In light of the stay, the United States' Motion to Compel is DEEMED WITHDRAWN. The withdrawal of the Motion to Compel is WITHOUT PREJUDICE to

the filing of a motion for summary judgment, if appropriate after the stay has been lifted and after the NAACP CA-HI's Rule 12 Motion and Defendant's Motion to Dismiss have been ruled upon.

IT IS SO ORDERED.


Submitted by: Carla Cortez, Courtroom Manager